IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MIDWEST FEEDERS, INC.**                                                            **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 5:14cv78-DCB-MTP**

**THE BANK OF FRANKLIN**                                                  **DEFENDANT**

## ORDER

THIS MATTER is before the court *sua sponte* for case management purposes and the court having conferred with the parties, finds that certain deadlines should be reset.

IT IS, THEREFORE, ORDERED as follows:

1. The pre-trial conference is reset for March 16, 2017 at 10:00 a.m. at the U.S. Courthouse, 109 S. Pearl Street, Natchez, Mississippi before the undersigned.

2. The deadline for filing *in limine* motions is February 24, 2017 with responses due by March 7, 2017.

3. The trial date will be reset by separate order or notice.

4. Except as noted herein, all other provisions of the Notice of Pre-trial Conference [390] remain in effect.

SO ORDERED this the 22nd day of December, 2016.

                                                                              s/ Michael T. Parker
                                                                United States Magistrate Judge