## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**MIDWEST FEEDERS, INC.**                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 5:14-cv-78-DCB-MTP**

**THE BANK OF FRANKLIN**                              **DEFENDANT**

## AFFIDAVIT OF LANE B. REED

STATE OF MISSISSIPPI

COUNTY OF FRANKLIN

I, LANE B. REED, Esquire, am a competent adult resident citizen of Meadville, Franklin County, Mississippi, having been duly sworn, states on oath the following:

1.      I am an attorney, duly licensed to practice law in the State of Mississippi. I have personal knowledge of the matters set forth herein.

2.      I serve as the Managing Partner of McGehee, McGehee & Torrey a Meadville, Mississippi law firm. Our firm has and continues to represent Bank of Franklin in the case styled *Midwest Feeders vs. Bank of Franklin* in Cause No. 5:14-cv-00078-DCB-MTP in the United States District Court for the Southern District of Mississippi.

3.      McGehee, McGehee & Torrey billed Bank of Franklin for fees, expenses and costs relates to *Midwest Feeders vs. Bank of Franklin* in Cause No. 5:14-cv-00078-DCB-



EXHIBIT
1

MTP in the United States District Court for the Southern District of Mississippi in the total sum of Three Hundred Sixty Nine Thousand Seventy Five and 85/100 Dollars ($369,075.85), beginning September 5, 2014 extending down to December 21, 2016.

      4.      McGehee, McGehee & Torrey has performed additional work since December 21, 2016 which has not yet been calculated.

      FURTHER AFFIANT SAYETH NOT.

LANE B. REED

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of January, 2017.

NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 99371
JULIE N. BUCKELS
Commission Expires
June 13, 2020
FRANKLIN COUNTY