```
            UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

MIDWEST FEEDERS, INC.                                PLAINTIFF

v.                            CIVIL ACTION NO. 5:14-cv-78-DCB-MTP

THE BANK OF FRANKLIN                                 DEFENDANT

<u>ORDER</u>

This cause is before the Court on defendant Bank of Franklin's Motion to File Bank of Franklin's Motion for Attorneys' Fees and Related Nontaxable Expenses and Memorandum in Support under Seal (docket entry 400). Having carefully considered the motion and applicable law, and being fully informed in the premises, the Court finds that, for the reasons stated therein, the motion should be granted.

Accordingly,

IT IS HEREBY ORDERED that defendant's Motion to Seal (docket entry 400) is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall place the Bank of Franklin's Motion for Attorneys' Fees and Related Nontaxable Expenses (docket entry 396), together with Exhibits, and Memorandum in Support (docket entry 397) under seal. The motion, exhibits, and memorandum in support filed by Bank of Franklin shall not be unsealed until further Order of the Court.

SO ORDERED this the 8th day of February, 2017.

/s/ David Bramlette
United States District Judge